UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                Plaintiff,

    -against-

ALLEGIANCE RETAIL SERVICES, LLC,

                Defendant.
-----------------------------------------------------------X

Case No. 22-cv-00909-FB-JRC

**STIPULATION AND ORDER**

WHEREAS, Defendant asserts that the above-captioned action should be transferred to Judge Andrew L. Carter, Jr. in the Southern District of New York because Judge Carter has continuing jurisdiction pursuant to a consent decree so-ordered in *Slade v. Allegiance Retail Services*, 20-cv-08358 (DE 19), which Defendant asserts is applicable to the claims asserted by Plaintiff herein;

WHEREAS, Plaintiff agrees to stipulate to the transfer of this action to Judge Carter and to the Southern District of New York without conceding that the consent decree is germane;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action that, pursuant to Rule 21(b) of the Federal Rules of Civil Procedure, this action is hereby voluntarily transferred to Judge Andrew L. Carter, Jr. in the Southern District of New York.

Dated: May 17, 2022

| STEIN SAKS, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Mark Rozenberg<br>Mark Rozenberg, Esq.<br>One University Plaza, Suite 620<br>Hackensack, New Jersey 07601 | By: /s/ Peter T. Shapiro<br>Peter T. Shapiro, Esq.<br>77 Water Street, Suite 2100<br>New York, New York 10005 |

(201) 282-6500                                                  (212) 232-1300
mrozenberg@steinsakslegal.com          Peter.Shapiro@lewisbrisbois.com
*Attorneys for Plaintiff*                           *Attorneys for Defendant*

SO ORDERED:

_____
                 U.S.D.J.